**RECEIVED**
APR 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUENTA ENNIS (#34408-007)
      Plaintiff,

v.                                           Civil No. 08-0146 (HHK)

BOBBY LOTT, et al.                           MOTION FOR APPOINTMENT OF
      Defendants,                            COUNSEL

Pursuant to 28 U.S.C. §1915 (e)(1) plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, plaintiff states: "Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis. "Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has limited access to the law library and limited knowledge of law." Plaintiff is in administrative segregation and that it takes weeks to get a book. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses. Plaintiff does have return letters from lawyers stating there unable to help. Plaintiff is unable to get those letters due to the fact not been able to get his property.

WHEREFORE, plaintiff request that the court appoint D.C Prisoners legal Service 1400 20th St N.W Suit 117 Washington D.C 20036-5963 or UDC school of law 4200 Connecticut Ave N.W Building 38 2nd floor as counsel in this case.

April 10, 2008
Quenta Ennis
Quenta Ennis

Address: Quenta Ennis #34408-007
FCI Schuylkill P.O. Box 759
Minersville, Pa, 17954