*let this be filed*
*Harry Kennedy,*
*4/15/08*

April 7, 2008

Quenta Ennis  Reg: 34408-007
FCI Schuylkill
P.O. Box 759
Minersville, Pa. 17954-0670

Dear Honorable Juge Kennedy
  I Quenta Ennis is
Writing you to Ask you could you please appoint me a lawyer to handle my
civil suit cases. I do have a case number Already but don't have
it with me at this time. You're Honor could you please get Back at
me on this matter.

    Thank You!
    Quenta Ennis

08CV 00146