### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

QUENTA ENNIS
_____
Plaintiff(s)

vs

Civil Action No. 08-146 HHK

BOBBY LOTT, ET AL
_____
Defendant(s)

FILED

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The plaintiff(s) was granted leave to proceed in forma pauperis to file this action. The Court authorized the United States Marshal to complete service of process, pursuant to 28 U.S.C.1915(d).

Some defendants have been served. The defendant(s) who has not, and whose address is incorrect, is listed below.

BOBBY LOTT
_____        _____
_____        _____
_____        _____
_____        _____

As a result of an incorrect or incomplete address, the U.S. Marshal has been unable to properly effect service on the defendant(s).

ORDERED that plaintiff provide the full name and address of the party identified as defendant(s) on the attached form and file it with the Court by _June 13, 2008_ Pursuant to Local Rule 5. 1 (e), failure to comply with this Order may cause the dismissal of the case against the defendant(s).

Henry Kennedy, Jr.
_____
UNITED STATES DISTRICT JUDGE

Rev. 1/01