**LET THIS BE FILED**

Henry Kennedy, Jr  April 17, 2008
5/6/08

Quenta Ennis, Reg: 34408-007
FCI Schuylkill
P.O. Box 759
Minersville, Pa. 17954

Civil Action No. 08-0146

Dear Honorable Judge Kennedy Jr,

I'm writing you to see if you receive my motion for appointment of counsel I sent it off April 10, 08. Your Honor! I really do have a strong case and you would too after you read over my paper work I also have a sworn affidavit of a witness that I sent to the court clerk. Like I said Your Honor I'm not that knowledgeable of the law to go on alone. That's why I'm sending all my evidence to you. I'm also in administrative segregation so I'm unable to find help, make copies of my paper work at this time. That's why I'm asking you for appointment of counsel so that a lawyer could do all the things I'm not able to do. As for the District of Columbia Department of Correction's motion to dismiss if I have a lawyer he or she could prove that DOC shouldn't be dismiss of my claim. I would send in a motion stating my facts and without an doubt I do have facts to prove my case but I don't know where to began. So could you please grant my motion for a lawyer (A-F) and also an extension until I get a lawyer. Your Honor here's all my exhibits in support of my complaint (A-F) if possible could you get the court clerk to make copies of all my exhibits and send mines back., you can keep the pictures in my files I have more. Your Honor I have a deadline date April 29, 2008 I ask you what am I to do? Could you please give me some advice. Please look over my evidence.

Thank You!

Quenta Ennis

Also Exhibit (D) you can keep in file make a copy and send me the copy ok.

Quenta Ennis