**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTA ENNIS (#34408-007)  )<br>   )<br>   Plaintiff,   )<br>   )   Civil No.  08-0146  (HHK)<br>   v.   )<br>   )<br>BOBBY LOTT, *et al.*   )<br>   )<br>   Defendants.   )<br>_____) | |

**DEFENDANT D.C. DEPARTMENT OF CORRECTIONS'
MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION
TO PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL**

Defendant D.C. Department of Corrections submits the following memorandum of points and authorities in opposition to Plaintiff Quenta Ennis' Motion to Appoint Counsel, and states as follows:

1.   Plaintiff seeks appointment of counsel in this litigation.  However, appointment of counsel is not a matter of right.  Plaintiff has failed to show that he has sought counsel but was unable to retain counsel, and/or that he would be severely prejudiced by the absence of counsel.  Moreover, he has failed to show that he cannot afford to retain counsel.  *See Coronado v. City & County of San Francisco,* 1998 U.S. Dist. LEXIS (July 17, 1998); and *Mekdeci v. Merrell National Laboratories,* 711 F.2d 1510, 1522 n. 19 (11th Cir. 1983), holding appointment of counsel in a civil case is not a constitutional right.  *See also Potashnick v. Port City Construction Co.,* 609 F.2d 1101, 1118 (5th Cir. 1980), cert. denied, 449 U.S. 8010 (1980), *citing Hullom v. Burrows,* 266 F.2d 547 (6th Cir. 1959), cert. denied, 361 U.S. 919 (1959); and *McGaughy v. Gardner,* 296 F.Supp.33, 36 (E.D. La. 1967), holding right to retain counsel does not require

government to provide counsel to a civil litigant.

    2.    Plaintiff may not maintain this lawsuit against defendant D.C. Department of Corrections with or without counsel since it is *non sui juris*. Substitution of the District of Columbia as the party defendant would be futile since plaintiff failed to set forth a viable constitutional claim against the District for which he is entitled to relief. See Defendant's Motion to Dismiss, at docket entry #8. Therefore, appointment of counsel in this litigation would be futile, and plaintiff's motion should be denied.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Patricia A. Jones
    PATRICIA A. JONES [428132]
    Chief, General Litigation, Section IV

    /s/ C. Vaughn Adams
    C. VAUGHN ADAMS [449770]
    Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor South
    Washington, D.C. 20001
    (202) 724-6519; (202) 727-6295

## CERTIFICATE OF SERVICE

This is to certify that on the 30th day of May, 2008, I served a true copy of the foregoing Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Appointment of Counsel, postage pre-paid to

>Mr. Quenta Ennis, #34408-007
>FCI-Schuylkill
>P.O. Box 759
>Minersville, PA 17954

>_/s/ C. Vaughn Adams_
>C. Vaughn Adams
>Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **QUENTA ENNIS (#34408-007)** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil No.  08-0146  (HHK) |
| v. ) | |
| ) | |
| **BOBBY LOTT,** *et al.* ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

ORDER

Upon consideration of Plaintiff's Motion for Appointment of Counsel, Defendant Department of Corrections' opposition thereto, and the record herein, it is this ___ day of _____, 2008, hereby,

ORDERED:  that Plaintiff's Motion to Appoint Counsel is hereby DENIED.

_____
Judge

Copies to:

Mr. Quenta Ennis, #34408-007
FCI-Schuylkill
P.O. Box 759
Minersville, PA 17954

4