Quenta Ennis
Reg. No# 34408-007
FCI-Schuykill
P.O. Box 759
Minersville, PA. 17954

May 27, 2008

Office of the Clerk
United States District Court
U.S. Courthouse
333 Constitution Ave., N.W.
Washington, D.C. 20001

**RECEIVED**

JUN 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: ENNIS v. Lott, et. al. Civil No#08-146HHK
COURT'S ORDER TO PROVIDE DEFENDANT'S ADDRESS

Dear Clerk:

I am hereby responding to the Court's order dated May 16, 2008, in which I am to provide the address of a Defendant named in the above entitled action (Bobby Lott), due to the U.S, Marshal being unable to properly effect the service of the summons.

The court has authorized the United States Marshal Service to complete the service of the process because I have been granted leave to proceed as in_forma_pauperis in this action, pursuant to 28 U.S.C. § 1915(d).

The Court has issued this order mandating that I provide the address of Bobby Lott lest this action be dismissed for failure to comply in accordance to Local Rule 5.1(e). I contend that I am presently incarcerated and do not have, nor is capable obtaining the personal address of this or any other Defendant.

Furthermore, and I am sure this court realizes that even if I sought, the personal address of this Defendant would not be revealed to me because it may be his private residence which could (as the Defendant may view it) pose a threat to him and/or his family. The only address available for me to provide is the last place of his employment which is at listed on the form accompanying this letter.

I hope that this will be sufficient enough to satisfy the order of this court, nevertheless, if the court should proceed with the dismissal of this Defendant due to the process of the summons being unable to be effected, then in accordance to Legislative H.R. 7154--Dismissal for failure to serve within 120 days shall be "without prejudice", however, for statute of limitation tolling purposes, the law provides "If the plaintiff has made reasonable attempts to effect service, then the Plaintiff can move under Rule 6(b) to enlarge time within to serve or can oppose dismissal for failure to serve..." And if Plaintiff is unable to serve the summons, the statute of limitations tolling does not apply and the Plaintiff reserves the right to refile against that Plaintiff at a later period when the service is effected upon the Defendant."

If this response shall not provide a sufficient answer to the Court's order then I await any further input or instructions it may have.

Respectfully Submitted,

*Quenta Ennis*
Quenta Ennis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Quenta Ennis

VS.

Bobby Lott, et al

C.A. No. 08-146 (HHK)

**PLAINTIFF(S) IS REQUIRED TO COMPLETE IN FULL THE NAME AND ADDRESS OF EACH DEFENDANT NAMED IN THIS ORDER**

Defendant's name: Bobby Lott

Defendant's address: D.C. CDF (District of Columbia Central Detention Facility) (D.C Jail)
Physical Address: 1901 "D" Street, SE
Wash., DC 20019    Place Of Employ

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____

Defendant's address: _____

Defendant's name: _____