UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

QUENTA ENNIS,

                Plaintiff,

  v.

BOBBY LOTT, *et al.*,

                Defendants.

Civil Action No. 08-0146 (HHK)

**ORDER**

      A plaintiff in a civil case generally does not have a constitutional or statutory right to counsel. *See Ray v. Robinson*, 640 F.2d 474, 477 (3d Cir. 1981). When leave has been granted pursuant to 28 U.S.C. § 1915 for a *pro se* plaintiff to proceed *in forma pauperis*, the judge presiding over the case may appoint an attorney from the Civil Pro Bono Panel to represent him. LCvR 83.11(b)(3). The appointment should be made taking into account the nature and complexity of the action, the potential merit of the *pro se* party's claims, the demonstrated inability of the *pro se* party to retain counsel by other means, and the degree to which the interests of justice will be served by appointment of counsel. *Id*. Upon consideration of plaintiff's motion to appoint counsel, and in light of the considerations prescribed by the Local Civil Rules, it is hereby

      ORDERED that plaintiff's motions for appointment of counsel [Dkt. #10, 11] are DENIED WITHOUT PREJUDICE.

                                            HENRY H. KENNEDY, JR.
                                            United States District Judge

Date:  June 10, 2008