Quenta Ennis                                                June 23, 2008
Reg # 34408-007
FCI Schuylkill
P.O. Box 759
Minersvill, Pa. 17954-0670                    08-146-HHK

Office of the Clerk
United States District Court
For the District of Columbia
U.S Courthouse                          **RECEIVED**

333 Constitution Ave,                      JUN 2 5 2008
Washington D.C 20001
                                    NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

                    RE: Quenta Ennis vs. Bobby Holt, et, al.'
                         Temporary Change of Address,

Dear Clerk of the Court:

    The Porpose of this correspendence is to hereby notify the
court and the Defendent's of my temporary change of address effective
June 23, 2008. I have been Summoned to return to face the
court in my criminal matter.

Please forward any further correspondence to the addressed listed to
the close of the Particular letter. Also, please be aware I
will not have access to, nor will be able to obtain any of my
Personal paper work in the event I am required to legally
respond to any futher motions by the Defendent's or by the
courts on an immediate basis. Furthermore, I do not have any

ideal or knowledge of my temporary transfer. Nevertheless, I will contact you without delay as soon as I return to my regular institution.

I thank you in advance for your patience in this matter, and apologize for any inconveniance this may cause in the effective and final adjudication of this case.

Sincereily
Quenta Ennis
Quenta Ennis

Forwarding Address: 1901 D st S.E Washington D.C 20019

P.S Coubl you please foward a copy of this letter to the U.S Attorney office for each defendent because I nolonger have those addresses.

THANK You!

Also could you send me a Docket report I've already requested one once before and have yet to get one.